

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2023

No. 04-23-00338-CV

**IN THE INTEREST OF M.L.M.** and J.C.M., Children

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12842
Honorable Albert D. Pattillo, III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

It is so **ORDERED** on August 2, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2023.

_____
Michael A. Cruz, Clerk of Court